# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0412. AMAL BENNETT-JUDGE v. OLIVIER LAOUCHEZ et al.

On February 1, 2017, the trial court entered a permanent protective order prohibiting Amal Bennett-Judge from contacting or being within 200 yards of Olivier Laouchez.[1] On April 14, 2020, Bennett-Judge filed an application in the Supreme Court, challenging the protective order, which the Supreme Court transferred to this Court, finding no basis for its jurisdiction.[2] According to the Supreme Court's transfer order, Bennett-Judge failed to attach any order to her application, and it obtained from the trial court the February 1, 2017 order granting the permanent protective order. See Case No. S20D1108 (Apr. 30, 2020). We lack jurisdiction.

Pretermitting whether the trial court's order is directly appealable,[3] Bennett-Judge's application is untimely. An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d); OCGA § 5-6-35 (j) (providing that this Court will grant a *timely* discretionary

---

[1] In the application materials, Laouchez's first name is also spelled "Oliver."

[2] Bennett-Judge also filed a petition in the Supreme Court seeking dismissal of pending criminal charges, and the Supreme Court dismissed her petition, finding no reason to invoke its limited original jurisdiction. See Case No. S20O0971 (Mar. 26, 2020).

[3] Compare OCGA § 5-6-34 (a) (4) (providing for direct appeals from "[a]ll judgments or orders granting or refusing applications . . . for interlocutory or final injunctions"), with OCGA § 5-6-35 (a) (9) (requiring applications for discretionary review to appeal "from orders granting or denying temporary restraining orders").

application when the applicant is seeking review of an order that is subject to direct appeal). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). This application, filed more than three years after the order at issue, is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/14/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*